[No. 41831-2-II.   Division Two.   September 11, 2012.]

CHARLES A. LOOMIS, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-05736-0, Elizabeth P. Martin, J., entered February 4, 2011. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Penoyar, JJ.

[No. 41943-2-II.   Division Two.   September 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. ERWIN, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 10-1-00234-1, Amber L. Finlay, J., entered March 14, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Penoyar, J.

[No. 42008-2-II.   Division Two.   September 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KARL GEORGE ALLMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-03363-9, John A. McCarthy, J., entered April 15, 2011. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Penoyar, J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 42013-9-II.   Division Two.   September 11, 2012.]

JULIE EASTMAN, *Respondent*, v. PUGET SOUND BUILDERS NW., INC., *Appellant*, COMMERCIAL INTERIORS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-14951-3, Bryan E. Chushcoff, J., entered March 18, 2011. *Remanded* by unpublished opinion per Armstrong, J., concurred in by Hunt and Penoyar, JJ.